UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES SLATTON                                                     PLAINTIFF

v.                      No. 3:18-CV-00003-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of Social Security Administration                      DEFENDANT

# ORDER

Pending before the Court is Plaintiff James Slatton's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 15.* The Motion is unopposed. *Doc. 17.*

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,170.17** (which sum includes .35 attorney hours incurred in 2017 at an hourly rate of $196; 13.25 attorney hours incurred in 2018 at an hourly rate of $202; 5.40 paralegal hours at an hourly rate of $75; and expenses of $20.07).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that an award of **$3,170.17** is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *doc. 15*, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded **$3,170.17** in fees under the EAJA.[1]

Dated this 22nd day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.